## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of Dr. William M. Pollack v. Cunningham Financial Group, LLC and John Does 1-10, | Case Number: 08 C 1405<br>Judge Hibbler<br>Magistrate Judge Cox |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Cunningham Financial Group, LLC**

| |
|---|
| NAME (Type or print)<br>Edward J. Aucoin, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Edward J. Aucoin, Jr. |
| FIRM  Pretzel & Stouffer, Chartered |
| STREET ADDRESS  One South Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP  Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6236645 | (312)346-1973 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned certifies that Defendant, Cunningham Financial Group, LLC's Appearance by Edward J. Aucoin, Jr. was filed electronically this 11th day of March, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and by U.S. Mail (only where indicated below). Parties may access this filing through the Court's electronic system.

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
E-Mail: dedelman@edcombs.com

                                       s/ James J. Sipchen
                                       Richard M. Waris (IL Bar No. 3128520)
                                       James J. Sipchen (IL Bar No. 6226113)
                                       Edward J. Aucoin, Jr. (IL Bar No. 6236645)
                                       Pretzel & Stouffer, Chartered
                                       One South Wacker Drive - Suite 2500
                                       Chicago, Illinois 60606
                                       Telephone:    (312) 578-7897
                                       Fax:               (312) 346-8242
                                       E-Mail: jsipchen@pretzel-stouffer.com
                                       *Attorneys for Defendant,*
                                       *Cunningham Financial Group, LLC*