14-063735 JJS:jmc #397

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. WILLIAM M. POLLACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 08 C 1405 |
| ) | |
| CUNNINGHAM FINANCIAL GROUP, ) | Judge Hibbler |
| LLC, and JOHN DOES 1-10, ) | Magistrate Judge Cox |
| ) | |
| Defendants. ) | |

**DEFENDANT, CFG'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1 AND NOTIFICATION OF AFFILIATES PURSUANT TO LR 3.2**

Defendant, Cunningham Financial Group, LLC ("CFG"), by its attorneys, pursuant to Fed.R.Civ.P. 7.1 and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, hereby submits this Corporate Disclosure Statement and Notification of Affiliates and states that it has no parent corporations and no publicly held affiliates.

Respectfully Submitted,

CUNNINGHAM FINANCIAL GROUP, LLC

/s/James J. Sipchen
One of its attorneys

James J. Sipchen (IL Bar No. 6226113)
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
jsipchen@pretzel-stouffer.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant, Cunningham Financial Group, LLC's Corporate Disclosure Statement Pursuant to Fed.R.Civ.P. 7.1 and Notification of Affiliates Pursuant to LR 3.2 was filed electronically this 11th day of March, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, fax (with confirmation page attached hereto), hand delivery and/or mail (as indicated below). Parties may access this filing through the Court's electronic system.

Heather Kolb
Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
E-Mail: hkolb@edcombs.com

 

s/ James J. Sipchen
Richard M. Waris (IL Bar No. 3128520)
James J. Sipchen (IL Bar No. 6226113)
Edward J. Aucoin, Jr. (IL Bar No. 6236645)
Pretzel & Stouffer, Chartered
One South Wacker Drive - Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7897
Fax: (312) 346-8242
E-Mail: jsipchen@pretzel-stouffer.com
*Attorneys for Defendant,*
*Cunningham Financial Group, LLC*