14-063735                                    JJS:jmc                                    #397

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. WILLIAM M. POLLACK, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   No: 08 C 1405<br>) |
| CUNNINGHAM FINANCIAL GROUP,<br>LLC, and JOHN DOES 1-10, | )   Judge Hibbler<br>)   Magistrate Judge Cox<br>) |
| Defendants. | ) |

**DEFENDANT, CFG's UNOPPOSED MOTION FOR AN<br>EXTENSION OF TIME TO FILE ANSWER TO COUNT I**

Defendant, Cunningham Financial Group, LLC, ('CFG"), by its attorneys, for its unopposed motion for an extension of time to answer Count I of plaintiff, Dr. William M. Pollack's Class Action Complaint, states as follows:

1. On or about January 29, 2008, plaintiff, Dr. William Pollack, filed a three count class action Complaint against CFG alleging that it violated federal and state statutory and common law by sending it three unsolicited fax advertisements. In Count I, plaintiff alleges violation of the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. In Count II, plaintiff alleges violation of the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/2. In Count III, plaintiff attempts to state a claim for common law conversion of property.

2. The case was initially filed in Illinois state court. On March 10, 2008, CFG timely removed the case to this Court on the basis of federal question jurisdiction. CFG has also filed a motion to dismiss Counts II and III of the Complaint.

3. CFG's counsel was just retained to handle this matter on behalf of CFG last week.

4. CFG's counsel has yet to have the opportunity to meaningfully speak with his client and discuss the allegations contained in Count I in sufficient detail to prepare an answer to the same.

5. CFG's counsel has yet to receive or review his client's file materials relating to the above-captioned case.

6. CFG is located in Scottsdale, Arizona. Due to his client's out-of-state location, counsel requires an additional 28 days, to and including April 7, 2008, to prepare an answer to Count I.

7. Counsel is also currently engaged in a number of additional matters requiring immediate attention which necessitate this request for an extension, including but not limited to, preparation of motions in *limine* and other aspects of the pretrial order in the case of *King v. City of Chicago*, No. 04 C 7796.

8. Counsel for CFG has spoken with counsel for the plaintiff who has advised plaintiff does not oppose GFG's request for an extension.

9. This request for an extension of time is made in good faith and without prejudice to any party. It will not unduly delay the progress of this case to trial.

WHEREFORE, Defendant, Cunningham Financial Droup, LLC requests entry of an Order granting it an extension of 28 days, to and including April 7, 2008, to file an answer to Count I to plaintiff's Complaint.

Respectfully submitted,

CUNNINGHAM FINANCIAL GROUP, LLC


By: <u>_____**s/ James J. Sipchen**_____</u>
                      One of its attorneys

James J. Sipchen
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone: (312) 346-1973
Fax: (312) 346-8242
E-Mail: <u>jsipchen@pretzel-stouffer.com</u>

## CERTIFICATE OF SERVICE

The undersigned certifies that this Unopposed Motion for Extension of Time to File Answer to Count I was filed electronically this 12th day of March, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and by U.S. Mail (only where indicated below). Parties may access this filing through the Court's electronic system.

Heather Kolbus
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
E-Mail: <u>hkolbus@edcombs.com</u>

                                      s/ James J. Sipchen
                                      James J. Sipchen (IL Bar No. 6226113)
                                      Pretzel & Stouffer, Chartered
                                      One South Wacker Drive - Suite 2500
                                      Chicago, Illinois 60606
                                      Telephone:  (312) 578-7422
                                      Fax:          (312) 346-8242
                                      E-Mail:     <u>jsipchen@pretzel-stouffer.com</u>
                                      *Attorneys for Defendant,*
                                      *Cunningham Financial Group, LLC*