14-063735	JJS:jmc	#397

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. WILLIAM M. POLLACK, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No: 08 C 1405 |
| ) | |
| CUNNINGHAM FINANCIAL GROUP, ) | Judge Hibbler |
| LLC, and JOHN DOES 1-10, ) | Magistrate Judge Cox |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

On **March 18**, 2008, at **9:30** a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge William J. Hibbler, or any judge sitting in his stead, in the Courtroom usually occupied by him in Room 1225 of the Dirksen Federal building, Chicago, Illinois and shall then and there present **Defendant's Motion to Dismiss Counts II and III of Plaintiff's Complaint and Unopposed Motion for an Extension of Time to File Answer to Count I.**

s/ James J. Sipchen
Richard M. Waris (IL Bar No. 3128520)
James J. Sipchen (IL Bar No. 6226113)
Edward J. Aucoin, Jr.(IL Bar No. 6236645)
Pretzel & Stouffer, Chartered
One South Wacker Drive - Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7422
Fax: (312) 346-8242
E-Mail: jsipchen@pretzel-Stouffer.com
*Attorneys for Defendant,*
*Cunningham Financial Group, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this Notice of Motion was filed electronically this 12th day of March, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and by U.S. Mail (only where indicated below). Parties may access this filing through the Court's electronic system.

Heather Kolbus
Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
E-Mail: hkolbus@edcombs.com

                                          s/ James J. Sipchen
                                          Richard M. Waris (IL Bar No. 3128520)
                                          James J. Sipchen  (IL Bar No. 6226113)
                                          Edward J. Aucoin, Jr. (IL Bar No. 6236645)
                                          Pretzel & Stouffer, Chartered
                                          One South Wacker Drive - Suite 2500
                                          Chicago, Illinois 60606
                                          Telephone:    (312) 578-7422
                                          Fax:             (312) 346-8242
                                          E-Mail: jsipchen@pretzel-stouffer.com
                                          *Attorneys for Defendant,*
                                          *Cunningham Financial Group, LLC*