# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1405 | **DATE** | 3/18/2008 |
| **CASE TITLE** | Pollack vs. Cunningham Finan., et al. | | |

**DOCKET ENTRY TEXT**

Defendant CFG's unopposed motion for an extension of time until 4/7/08 to answer or plead to count 1 is granted. Defendant CFG's motion to dismiss counts 2 & 3 is taken under advisement. Plaintiff to respond by 4/21/08. Defendant to reply by 5/12/08. Ruling by mail.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|