**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DR. WILLIAM M. POLLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 1405 |
| v. | ) | |
| | ) | Judge Hibbler |
| CUNNINGHAM FINANCIAL GROUP, LLC, | ) | Magistrate Judge Cox |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

**TO:**    Please see certificate of service.

PLEASE TAKE NOTICE that on April 21, 2008, we caused to be filed with the clerk
of the United States District Court for the Northern District of Illinois, the following document:
**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO
DISMISS COUNTS II AND III OF PLAINTIFF'S COMPLAINT**, copies of which are
attached hereto and hereby served upon you.

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## <u>CERTIFICATE OF SERVICE</u>

I, Heather Kolbus, certify that on April 21, 2008, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below via the court's CM/ECF system.

Edward J. Aucoin, Jr.
eaucoin@pretzel-stouffer.com

James Joseph Sipchen
jsipchen@pretzel-stouffer.com

Richard M.Waris
rwaris@pretzel-stouffer.com

s/ Heather Kolbus
Heather Kolbus
