**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DR. WILLIAM M. POLLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 1405 |
| v. | ) | |
| | ) | Judge Hibbler |
| CUNNINGHAM FINANCIAL GROUP, LLC, | ) | Magistrate Judge Cox |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT REPORT OF THE PARTIES**

Plaintiff Dr. William M. Pollack represented by counsel from Edelman, Combs, Latturner & Goodwin, LLC and Defendant Cunningham Financial Group, LLC represented by counsel from Pretzel & Stouffer, Chartered hereby submit this joint report pursuant to Fed. R. Civ. P. 26(f). The parties have met and conferred for the purposes of preparing the following proposed schedule. The Court has not yet set a scheduling conference. The parties state as follows:

    1.    **Pre-trial Schedule**. The parties jointly propose to the Court the following discovery plan:

    a.    Discovery will be needed on at least the following subjects: Plaintiff will need discovery from defendant, and possibly third parties, regarding to whom and when the unsolicited advertising faxes were sent. Plaintiff needs sufficient time in discovery to determine whether any parties need to be added, to add such parties, and to take discovery from them, if necessary. Plaintiff may need to hire an expert to determine the manner of faxing and the identities or fax numbers of fax recipients and/or to inspect the facsimile equipment. Defendant will need discovery on all aspects of Plaintiff's Complaint, the defenses raised and issues pertaining to class certification. The parties will confer and attempt to reach an agreement with respect to the manner and method of disclosure or discovery of any electronically stored information that may be relevant to the claims in this case.

      b.      Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be made by May 22, 2008.  All discovery to be commenced in time to be completed by March 16, 2009.

      c.      The parties expect they will need approximately 10 depositions.

      d.      Reports from retained experts under Rule 26(a)(2) due:

      from plaintiff by April 23, 2009.

      from defendant by May 28, 2009.

      rebuttal experts by June 25, 2009.

      e.      Parties should be allowed until October 27, 2008 to join additional parties and to amend the pleadings.

      f.      All potentially dispositive motions should be filed by August 7, 2009.

      g.      The parties request a final pretrial conference to be set by this court in accordance with Fed. R. Civ. P. 16 and Local Rule 16.2.

      h.      The case should be ready for trial by December, 2009.  Plaintiff, at this time, expects that a trial will take approximately 2 days.  Defendant, at this time, expects that a trial will take approximately 3 full days.

      2.      **Settlement**.  The parties intend to discuss settlement and identify any opportunities for early resolution of this case prior to submission of this joint report.

      3.      **Consent**.  The parties do not unanimously consent to proceed before a Magistrate Judge.

Respectfully submitted,

| /s/ Heather Kolbus | /s/ James J. Sipchen (w/ permission) |
|---|---|
| Daniel A. Edelman | James J. Sipchen |
| Heather Kolbus | Edward J. Aucoin, Jr. |
| EDELMAN, COMBS, LATTURNER | Richard M. Waris |
|    & GOODWIN, LLC | PRETZEL & STOUFFER, |
| 120 S. LaSalle Street, 18th Floor |    CHARTERED |
| Chicago, Illinois 60603 | 1 S. Wacker Drive, Suite 2500 |

(312) 739-4200  
(312) 419-0379 (FAX)

Chicago, Illinois 60606  
(312) 346-1973  
(312) 346-8242 (FAX)