**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DR. WILLIAM M. POLLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 1405 |
| v. | ) | |
| | ) | Judge Hibbler |
| CUNNINGHAM FINANCIAL GROUP, LLC, | ) | Magistrate Judge Cox |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:**   Please see certificate of service.

    **PLEASE TAKE NOTICE** that on April 22, 2008, we caused to be filed with the clerk of the United States District Court for the Northern District of Illinois, the following document: **JOINT REPORT OF THE PARTIES**, copies of which are attached hereto and hereby served upon you.

                                                                                                          s/ Heather Kolbus
                                                                                                        Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on April 22, 2008, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below via the court's CM/ECF system.

Edward J. Aucoin, Jr.
eaucoin@pretzel-stouffer.com

James Joseph Sipchen
jsipchen@pretzel-stouffer.com

Richard M.Waris
rwaris@pretzel-stouffer.com

                                               s/ Heather Kolbus
                                               Heather Kolbus