Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1405 | DATE | 4/25/2008 |
| CASE TITLE | DR. WILLIAM M. POLLACK vs. CUNNINGHAM FINAN. GROUP, etc. | | |

**DOCKET ENTRY TEXT**

Enter Proposed Scheduling Order. Parties to comply with FRCP 26(a)(1) by 5/22/08. Amendment of pleadings and joinder of additional parties by 10/27/08. Discovery cut-off set for 3/16/09. Disclosure of plaintiff's expert pursuant to FRCP 26(a)(2) set for 4/23/09. Disclosure of defendant's expert pursuant to FRCP 26(a)(2) set for 5/28/09. Disclosure of rebuttal expert pursuant to FRCP 26(a)(2) set for 6/25/09. Filing of dispositive motions with supporting memoranda set for 8/7/09.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|