IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. WILLIAM M. POLLACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 C 1405 |
| v. ) | |
| ) | Judge Hibbler |
| CUNNINGHAM FINANCIAL GROUP, LLC, ) | Magistrate Judge Cox |
| and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**PROPOSED SCHEDULING ORDER**

This case has come before the Court, the parties having met as required by Fed. R. Civ. P. 26(f) and engaged in a telephonic conference, attended by Heather Kolbus for plaintiff Dr. William M. Pollack and James J. Sipchen for defendant Cunningham Financial Group, LLC. The parties have proposed a scheduling order and have been given notice and opportunity to be heard. Therefore, the Court orders as follows:

(A) The parties will make initial disclosures under Fed. R. Civ. P. 26(a)(1) by May 22, 2008.

(B) Amendments to the pleadings and/or joinder of additional parties are anticipated and may be sought upon appropriate motion by October 27, 2008.

(C) All discovery to be commenced in time to be completed by March 16, 2009.

(D) Reports from retained experts under Rule 26(a)(2) are due from plaintiffs by April 23, 2009 and from defendant by May 28, 2009; any reports from rebuttal experts are due

1

June 25, 2009.

   (E) All potentially dispositive motions shall be filed by August 7, 2009.

   (F) This order shall not be modified except by leave of court on motion for good cause shown.

ENTER:

_____
Judge

Dated: _____