14-63735                           JJS:jmc                                  #397

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM M. POLLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 08 C 1405 |
| | ) | |
| CUNNINGHAM FINANCIAL GROUP, | ) | Judge Hibbler |
| LLC, and JOHN DOES 1-10, | ) | Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

TO:   Heather Kolbus, Edelman, Combs, Latturner & Goodwin, LLC, 120 S. LaSalle Street, 18th Floor, Chicago, IL 60603 **Fax (312) 419-0379**

The undersigned, an attorney, states that I have served a copy of this **notice and Defendant, CFG's Responses to Plaintiff's Requests for Admission** upon the party or parties to whom it is directed **by faxing and mailing** the same in a properly addressed, stamped envelope(s), sealed, postage prepaid and depositing same in the U.S. Mail chute at One South Wacker Drive, Chicago, Illinois before 5:00 p.m. on this 16th day of May 2008.

[X]   Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____

```
****************
*** TX REPORT ***
****************


JOB NO.                 3289
ST. TIME                05/16 13:59
PGS.                    9
SEND DOCUMENT NAME

TX/RX INCOMPLETE        -----
TRANSACTION OK          94190379
ERROR                   -----
```

LAW OFFICES

## PRETZEL & STOUFFER Chartered

ONE SOUTH WACKER DRIVE · SUITE 2500 · CHICAGO, ILLINOIS 60606-4673· 312/346-1973

*Our Main Fax Number: 312/346-8242*

| FAX TRANSMITTAL COVER SHEET ||
|---|---|
| DATE: May 16, 2008 | NUMBER OF PAGES (including this cover sheet): 9 |
| TO: Heather Kolbus - Edelman, Combs, Latturner & Goodwin, LLC ||
| FROM: Edward J. Aucoin | TELEPHONE EXTENSION: (312) 578-7503 |
| TRANSMITTAL NUMBER: (312) 419-0379 | OUR FILE NUMBER: Pollack v. Cunningham Court No: 08 C 1405 14.63735 |
| MESSAGE: Here is our Notice and Responses to Plaintiff's Request for Admission which we are also mailing to you today, 5-16-08- Monica ||
| IF YOU HAVE ANY DIFFICULTY RECEIVING TRANSMISSION, PLEASE CONTACT: Joan M. Connolly /MONICA (312)578-7506 x7687 ||
| *This communication is for the exclusive and confidential use of the designated recipient, and any other distribution or use is unauthorized and strictly prohibited. If you have received this communication in error, please notify the sender by telephone and return the original message* ||