**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DR. WILLIAM M. POLLACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 C 1405 |
| v. ) | |
| ) | Judge Hibbler |
| CUNNINGHAM FINANCIAL GROUP, LLC, ) | Magistrate Judge Cox |
| and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**TO:**   Please see certificate of service.

     **PLEASE TAKE NOTICE** that on June 10, 2008, at 9:30 a.m. we shall appear before Judge Hibbler in Room 1225 of the United States District Court for the Northern District of Illinois and present: **PLAINTIFF'S MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITY IN SUPPORT OF HIS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**, a copy of which are attached hereto and hereby served upon you.

                                                                          /s/ Heather Kolbus
                                                                         Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on May 28, 2008, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below via the court's CM/ECF system.

Edward J. Aucoin, Jr.
eaucoin@pretzel-stouffer.com

James Joseph Sipchen
jsipchen@pretzel-stouffer.com

Richard M.Waris
rwaris@pretzel-stouffer.com

                                                /s/ Heather Kolbus
                                              Heather Kolbus