# United States District Court, Northern District of Illinois

MHW

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 08 C 1405 | **DATE** | 6/2/2008 |
| **CASE TITLE** | POLLACK vs. CUNNINGHAM FINANCIAL GROUP | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. Defendant's Motion to Dismiss (doc. #8) is DENIED. Status hearing set for 6/19/08 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|