**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

William M. Pollack

             Plaintiff,

v.                    Case No.: 1:08−cv−01405
                    Honorable William J. Hibbler

Cunningham Financial Group, LLC, et al.

             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 9, 2008:

  MINUTE entry before the Honorable William J. Hibbler: Plaintiff's Motion for leave to cite additional authority in support of his response in opposition to defendant's motion to dismiss [26] is denied as moot Court having previously ruled in plaintiff's favor. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.